# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

Robert P. Young, Jr.,
*Chief Justice*

149145

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
*Justices*

TAYLOR MADISON, a minor, by her
next friend LATRESE DICKENS,
        Plaintiff-Appellant,

v

                      SC: 149145
                      COA: 312880
                      Wayne CC: 12-003944-AV

AAA OF MICHIGAN,
        Defendant-Appellee.

_____/

By order of September 26, 2014, this case was held in abeyance for *Moody v Home Owners Ins Co* (Docket Nos. 149041, 149046). On the Court's own motion, we VACATE our abeyance order of September 26, 2014. On order of the Court, the application for leave to appeal the March 13, 2014 judgment of the Court of Appeals is again considered and, it appearing to this Court that the case of *Hodge v State Farm Mutual Automobile Ins Co* (Docket No. 149043) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in abeyance pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015



h0128

                      Clerk